# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DARREL SHAW, also known as J. DARRELL SHAW, also known as DARRELL SHAW, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 16 C 9216 |
| CKS FINANCIAL AND VELOCITY INVESTMENTS, LLC, | )<br>)<br>) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

This Court's December 20, 2016 oral ruling, delivered at a motion hearing in this action, explained in totally unambiguous terms not only why defendants' pending motions to dismiss the Complaint had to be granted but also that the purported claim advanced in the Complaint was flawed beyond repair. This Court accordingly viewed both the Complaint and the action as having been dismissed with prejudice and recorded that understanding as part of its internal recordkeeping.

Unfortunately the end-of-the-month printouts that this Court always obtains, reporting all cases opened and all cases closed during the month as well as the totality of cases pending on this Court's calendar, reflected this action as a still-pending case – that was the consequence of an obvious misunderstanding on the part of the courtroom deputy who had filled in for this Court's regular courtroom deputy on the December 20 date. To correct that oversight, this memorandum order

is issued to reflect that this action is indeed dismissed, so that its termination by a final judgment order is to be placed of record.

                                                  _____
                                                  Milton I. Shadur
Date: January 5,  2017                            Senior United States District Judge